Sandford L. Frey (State Bar No. 117058)
Stuart I. Koenig (State Bar No. 102764)
CREIM MACIAS KOENIG & FREY LLP
633 W. Fifth Street, 51st Floor
Los Angeles, CA  90071
(213) 614-1944 Telephone
(213) 614-1961 Fax
sfrey@cmkllp.com
skoenig@cmkllp.com

Attorneys for Debtors and Debtors in Possession

FILED & ENTERED

DEC 22 2009

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY milano    DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

[RIVERSIDE DIVISION]

| | |
|---|---|
| In re<br><br>DENNIS ALEX LUCERO, SR. and DYAN LYNN LUCERO,<br><br>    Debtors and Debtors in Possession. | CASE NO.:  6:09-bk-22776-RN<br><br>Chapter 11<br><br>**AMENDED ORDER AUTHORIZING APPOINTMENT OF A\|D\|Y LAW GROUP P.C. AS SPECIAL COUNSEL NUNC PRO TUNC TO SEPTEMBER 8, 2009**<br><br>[NO HEARING REQUIRED] |

Upon the Application of A|D|Y LAW GROUP P.C. ("ADY") to be employed as Special Counsel for Dennis Alex Lucero, Sr. and Dyan Lynn Lucero (the "Debtors"), and the Declarations of Dennis Alex Lucero and A. David Youssefyeh filed in support thereof (the "Application");

It appearing to the Court that ADY does not hold or represent any interest adverse to the estate in the matters upon which it is to be engaged;

That it has no connection with the Debtors, their respective attorney's, accountants, creditors or any other party in interest;

That its employment is in the best interest of the estate; and

More than 15 days have passed since the "NOTICE OF SUBMISSION OF APPLICATION OF DEBTOR AND DEBTOR IN POSSESSION TO EMPLOY A|D|Y LAW GROUP P.C. AS SPECIAL COUNSEL NUNC PRO TUNC TO SEPTEMBER 9, 2009" was served on the interested parties and no objections having been filed:

IT IS ORDERED that ADY is hereby approved as special counsel for the Debtors Nunc Pro Tunc to September 8, 2009, the date that ADY first provided services to the Debtors, with compensation to be at the expense of the estate in such amount as the Court may hereafter allow, consistent with Sections 330 and 331 of the Bankruptcy Code, or pursuant to any order of the Court pertaining to the payment of professionals in this case.

IT IS SO ORDERED.

###

DATED: December 22, 2009

_____
United States Bankruptcy Judge

| In re: DENNIS ALEX LUCERO, SR. and DYAN LYNN LUCERO, | CHAPTER: 11 |
| | CASE NUMBER: 6:09-bk-22776-RN |
| Debtor(s). | |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
633 W. Fifth Street, 51st Floor, Los Angeles, California 90071

The foregoing document described AMENDED ORDER AUTHORIZING APPOINTMENT OF A|D|Y LAW GROUP P.C. AS SPECIAL COUNSEL NUNC PRO TUNC TO SEPTEMBER 8, 2009 will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On October 28, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Hon. Richard M. Neiter (By Overnight Mail
U.S. Bankruptcy Court
255 E. Temple Street
Los Angeles, CA  90012

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on October 28, 2009 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

| | |
|---|---|
| Angela M. Fontanini | ecfcacb@piteduncan.com |
| Elizabeth A. Lossing | Elizabeth.lossing@usdoj.gov |
| Christopher M. McDermott | ecfcacb@piteduncan.com |
| Eric T. Nielsen | enielsen@curtisandarata.com |
| Timothy J. Silverman | tim@sgsslaw.com |
| Ramesh Singh | claims@recoverycorp.com |

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 28, 2009 | Kelli Nielsen | /s/ Kelli Nielsen |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

| | |
|---|---|
| In re: DENNIS ALEX LUCERO, SR. and DYAN LYNN LUCERO,<br><br>Debtor(s). | CHAPTER: 11<br><br>CASE NUMBER: 6:09-bk-22776-RN |

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) AMENDED ORDER AUTHORIZING APPOINTMENT OF A|D|Y LAW GROUP P.C. AS SPECIAL COUNSEL NUNC PRO TUNC TO SEPTEMBER 8, 2009 was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of _____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

| | |
|---|---|
| Angela M. Fontanini | ecfcacb@piteduncan.com |
| Sandford L. Frey | sfrey@cmkllp.com |
| Stuart I. Koenig | skoenig@cmkllp.com |
| Elizabeth A. Lossing | Elizabeth.lossing@usdoj.gov |
| Christopher M. McDermott | ecfcacb@piteduncan.com |
| Eric T. Nielsen | enielsen@curtisandarata.com |
| Timothy J. Silverman | tim@sgsslaw.com |
| Ramesh Singh | claims@recoverycorp.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Unique Premium Metals, Inc.
640 S Hill Street #743
Los Angeles, CA  90014

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

| In re: DENNIS ALEX LUCERO, SR. and DYAN LYNN LUCERO,, | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 6:09-bk-22776-RN |

**ADDITIONAL SERVICE INFORMATION** (if needed):

| | | |
|---|---|---|
| Richard J. Kahdeman, Esq.<br>5743 Corsa Ave., Ste. 125<br>Thousand Oaks, CA  91362 | CitiBank NA<br>PO Box 730110<br>MS 004A<br>St. Louis, MO  63179 | CitiMortgage<br>PO Box 6006<br>The Lakes, NV  88901 |
| GE Financial<br>4 Park Plaza, Ste. 2000<br>Irvine, CA  92614 | Pacific Western Bank<br>6900 La Place Ct., Ste. 200<br>Carlsbad, CA  92008 | Percilla Redfern<br>4676 Cordoba Way, #147<br>Oceanside, CA  92056 |
| National City Mtg.<br>PO Box 54828<br>Los Angeles, CA 90054-0828 | USE Credit Union<br>10120 Pacific Heights<br>San Diego, CA  92121 | WAMU<br>PO Box 78148<br>Phoenix, AZ  85062 |
| A. David Youssefyeh, Esq.<br>ADY Law Group, P.C.<br>1875 Century Park East, Ste. 1050<br>Los Angeles, CA  90067 | | |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9013-3.1**